**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CAROLYN SMITH,**                                                                                                                     **PETITIONER**

**v.**                                    **No. 2:05CV219-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                                                      **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** for failure to exhaust state remedies.

**SO ORDERED,** this the 17th day of March, 2006.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE